IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; TEXAS BANKERS ASSOCIATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br><br> *Defendants*. | Case No. 6:22cv381 |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

1. Plaintiff Chamber of Commerce of the United States of America ("the Chamber") states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership of the organization.

2. Plaintiff Longview Chamber of Commerce ("Longview Chamber") states that it is a non-profit, tax-exempt organization incorporated in Texas. The Longview Chamber does not have a parent corporation, and no publicly held company has 10% or greater ownership of the organization.

3.      Plaintiff American Bankers Association (ABA) states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. ABA does not have a parent corporation, and no publicly held company has 10% or greater ownership of the organization.

4.      Plaintiff Consumer Bankers Association (CBA) states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. CBA does not have a parent corporation, and no publicly held company has 10% or greater ownership of the organization.

5.      Plaintiff Independent Bankers Association of Texas (IBAT) states that it is a non-profit, tax-exempt organization incorporated in Texas. IBAT does not have a parent corporation, and no publicly held company has 10% or greater ownership of the organization.

6.      Plaintiff Texas Association of Business (TAB) states that it is a non-profit, tax-exempt organization incorporated in Texas. TAB does not have a parent corporation, and no publicly held company has 10% or greater ownership of the organization.

7.      Plaintiff Texas Bankers Association (TBA) states that it is a non-profit, tax-exempt organization incorporated in Texas. TBA does not have a parent corporation, and no publicly held company has 10% or greater ownership of the organization.

Dated: September 28, 2022

Jennifer B. Dickey*
Jordan L. Von Bokern*
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
jdickey@uschamber.com
jvonbokern@uschamber.com

Thomas Pinder*
AMERICAN BANKERS ASSOCIATION
1120 Connecticut Ave. NW
Washington, DC, 20036
(202) 663-5035

Respectfully Submitted,

/s/ Bruce A. Smith

Bruce A. Smith
SBN 18542800
Ward, Smith & Hill PLLC
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
bsmith@wsfirm.com

Cameron T. Norris*
Bryan K. Weir*
David L. Rosenthal*
CONSOVOY MCCARTHY PLLC

tpinder@aba.com

David Pommerehn*
CONSUMER BANKERS ASSOCIATION
1225 New York Avenue, N.W.
Suite 1100
Washington, DC, 20005
(202) 552-6368
dpommerehn@consumerbankers.com

1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
bryan@consovoymccarthy.com
david@consovoymccarthy.com

*Pro hac vice application forthcoming

Attorneys for Plaintiffs Chamber of Commerce of the United States of America, Longview Chamber of Commerce, American Bankers Association, Consumer Bankers Association, Independent Bankers Association of Texas, Texas Association of Business, and Texas Bankers Association.