AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al <br><br> *Plaintiff(s)* <br> v. <br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  6:22cv381 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONSUMER FINANCIAL PROTECTION BUREAU
c/o Ryan Locker, AUSA, Betty Youn , AUSA, Bob Wells, AUSA, James Gillingham, Civil Chief, Kimberlyn Smith, Kathy Nash, Jill Wood, Pavlima Peters, and/or Thad Smith
110 North College, Suite 700
Tyler, TX 75702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bruce A. Smith
Ward, Smith & Hill PLLC
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  9/28/22                                         *David A. O'Toole*
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22cv381

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CONSUMER FINANCIAL PROTECTION BUREAU
was received by me on *(date)* September 28, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Thad Smith, who is designated by law to accept service of process on behalf of *(name of organization)* CONSUMER FINANCIAL PROTECTION BUREAU 110 N College, Suite 700, Tyler, TX 75702 at 9:22 AM on *(date)* September 29, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: September 29, 2022

*Server's signature*

Michael J. Collins, Process Server # PSC 359; Expires 7/31/2024
*Printed name and title*

110 N College, Suite 1002, Tyler, Texas 75702
*Server's address*

Additional information regarding attempted service, etc: