AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al<br><br>*Plaintiff(s)*<br>v.<br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>*Defendant(s)* | Civil Action No. 6:22cv381 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONSUMER FINANCIAL PROTECTION BUREAU
c/o Civil Process Clerk
110 North College, Suite 700
Tyler, TX 75702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bruce A. Smith
Ward, Smith & Hill PLLC
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __9/28/22_____

CLERK OF COURT

_David A. O'Toole_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-381

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CONSUMER FINANCIAL PROTECTION BUREAU**
was received by me on *(date)* **09/28/2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I delivered a true copy of the Summons* to CONSUMER FINANCIAL PROTECTION BUREAU by delivery to the Civil Process Clerk at 110 N College #700, Tyler, TX 75702 on September 30, 2022 at 11:05 a.m., by Certified Mail, return-receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/10/2022**

*Server's signature*

**Michael J. Collins Process Server PSC-359, expires 07/31/2024**
*Printed name and title*

**110 N College Ave #1002**
**Tyler, TX 75702**
*Server's address*

Additional information regarding attempted service, etc:

\* and Complaint, with date of delivery endorsed theron

Certified Mail Number 7018 0680 0001 0186 5537
PS Form 3811 and Tracking information are attached

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70180680000101865537

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:05 am on September 30, 2022 in TYLER, TX 75702.

Feedback

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

TYLER, TX 75702
September 30, 2022, 11:05 am

See All Tracking History

Text & Email Updates     ⌄

USPS Tracking Plus®     ⌄

Product Information     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kimberly Smith_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Kimberly Smith  C. Date of Delivery: 9/30/22 |
| 1. Article Addressed to:<br>Consumer Fincial Protection Bureau<br>C/o Civil Process Clerk<br>110 N College #700<br>Tyler Tx 75702<br>9590 9402 7353 2028 1792 69 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2. Article Number (Transfer from service label)<br>7018 0680 0001 0186 5537 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>…stricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |