AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  6:22cv381 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CONSUMER FINANCIAL PROTECTION BUREAU
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Bruce A. Smith
Ward, Smith & Hill PLLC
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  **9/28/22**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-381

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CONSUMER FINANCIAL PROTECTION BUREAU

was received by me on *(date)*          09/28/2022          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I delivered a true copy of the Summons* to CONSUMER FINANCIAL PROTECTION
                        BUREAU by delivery to Attorney General of the United States, US Department of Justice,
                        950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on October 3, 2022 at 4:56
                        a.m., by Certified Mail, return-receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:     10/10/2022

Server's signature

Michael J. Collins Process Server PSC-359, expires 07/31/2024
*Printed name and title*

110 N College Ave #1002
Tyler, TX 75702

*Server's address*

Additional information regarding attempted service, etc:

* and Complaint, with date of delivery endorsed theron

Certified Mail Number 7018 0680 0001 0186 5551
PS Form 3811 and Tracking information are attached

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70180680000101865551

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:56 am on October 3, 2022 in WASHINGTON, DC 20530.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
October 3, 2022, 4:56 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Case 6:22-cv-00381-JCB Document 14 Filed 10/20/22 Page 4 of 4 PageID #: 153

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  OCT 03  C. Date of Delivery |

1.

[barcode]
CONSUMER FINANCIAL PROTECTION BUREAU
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[barcode]
9590 9402 7353 2028 1792 83

2. Article Number (Transfer from service label)

7018 0680 0001 0186 5551

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt