AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al<br><br>_____<br>*Plaintiff(s)*<br>v.<br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  6:22cv381<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROHIT CHOPRA
Director of the Consumer Financial Protection Bureau
1700 G St NW
Washington, DC 20552

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bruce A. Smith
Ward, Smith & Hill PLLC
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **9/28/22**    _____

_David A. O'Toole_
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-381

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ROHIT CHOPRA~

was received by me on *(date)*        09/28/2022        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I delivered a true copy of the Summons* to ROHIT CHOPRA DIRECTOR OF THE
CONSUMER FINANCIAL PROTECTION BUREAU 1700 G St NW, Washington, DC 20552
on October 3, 2022 at 12:37 p.m., by Certified Mail, return-receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    10/10/2022

_____
*Server's signature*

Michael J. Collins Process Server PSC-359, expires 07/31/2024
*Printed name and title*

110 N College Ave #1002
Tyler, TX 75702

_____
*Server's address*

Additional information regarding attempted service, etc:

~ DIRECTOR OF THE CONSUMER FINANCIAL PROTECTION BUREAU

* and Complaint, with date of delivery endorsed theron

Certified Mail Number 7018 0680 0001 0186 5544
PS Form 3811 and Tracking information are attached

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70180680000101865544

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:37 pm on October 3, 2022 in
WASHINGTON, DC 20552.

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20552
October 3, 2022, 12:37 pm

**See All Tracking History**

Feedback

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback