IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>*Defendants*. | Case No. 6:22-cv-00381-JCB |

## **[PROPOSED] ORDER**

The parties Joint Motion for the Entry of a Stipulated Order Regarding Briefing, the Administrative Record, and Discovery is hereby GRANTED.

It is ORDRED that the parties shall abide by the following schedule for the production of the administrative record and schedule, format, and page limits for briefing:

| Event | Deadline | Page Limit[1] |
|---|---|---|
| Service of the Administrative Record on Plaintiffs[2] by Defendants | November 18, 2022 | NA |
| Plaintiffs' Summary Judgment Motion | November 29, 2022 | 45 |
| Defendants' Combined (i) Opposition to Plaintiffs' Motion, (ii) Motion to Dismiss, and (iii) Cross-Motion for Summary Judgment | December 20, 2022 | 45 |
| Plaintiffs' Combined (i) Opposition to Bureau's Motion to Dismiss and Cross-Motion for Summary Judgment, and (ii) Reply in Support of Motion for Summary Judgement | January 10, 2023 | 45 |
| Defendants' Reply in Support of Motion to Dismiss and Cross-Motion for Summary Judgement | January 24, 2023 | 25 |
| Joint Appendix of Administrative Record (to be compiled and filed by Plaintiffs) | January 31, 2023 | NA |

---

[1] The page limits do not include exhibits or attachment, and the parties reserve the right to seek extensions of these limits, if necessary.
[2] Plaintiffs consent to electronic service of the record.

It is FURTHER ORDERED that the deadline for responding to the Complaint (November 28, 2020) is extended to December 20, 2022, when Defendants' combined opposition and dispositive motion is due.

It is FURTHER ORDERED that the parties' dispositive motions need not include a statement of undisputed material facts under Local Rule CV-56(a).

It is FURTHER ORDERED that the parties are exempted from any applicable discovery related obligations until at least 30 days after the Court's ruling on the parties' dispositive motions.

It is SO ORDERED.