UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00381

**Chamber of Commerce of the United States of America et al.,**
*Plaintiffs,*
v.
**Consumer Financial Protection Bureau et al.,**
*Defendants.*

# ORDER

The parties' joint motion for the entry of a stipulated order regarding briefing, the administrative record, and discovery (Doc. 15) is hereby granted. It is ordered that the parties shall abide by the following schedule to produce the administrative record and schedule, format, and page limits for briefing:

| Event | Deadline | Page Limit |
| --- | --- | --- |
| Service of the Administrative Record on Plaintiffs by Defendant | November 18, 2022 | NA |
| Plaintiffs' Summary Judgment Motion | November 29, 2022 | 45 |
| Defendants' Combined (i) Opposition to Plaintiffs' Motion, (ii) Motion to Dismiss, and (iii) Cross-Motion for Summary Judgment | December 20, 2022 | 45 |
| Plaintiffs' Combined (i) Opposition to Bureau's Motion to Dismiss and Cross-Motion for Summary Judgment, and (ii) Reply in Support of Motion for Summary Judgement | January 10, 2023 | 45 |

- 2 -

| Defendants' Reply in Support of Motion to Dismiss and Cross-Motion for Summary Judgement | January 24, 2023 | 25 |
|---|---|---|
| Joint Appendix of Administrative Record (to be compiled and filed by Plaintiffs) | January 31, 2023 | NA |

After considering the joint motion, the court orders that defendant's deadline for responding to the complaint is extended to December 20, 2022, when the combined opposition and dispositive motion is due. The court orders that the parties' dispositive motions need not include a statement of undisputed material facts under Local Rule CV-56(a). Finally, the parties are exempted from any applicable discovery related obligations until at least 30 days after the court's ruling on the parties' dispositive motions.

*So ordered by the court on November 14, 2022.*

J. CAMPBELL BARKER
United States District Judge