Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION, <br><br>*Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br><br>*Defendants.* | Case No. 6:22-cv-00381 <br><br> **DECLARATION OF DAN SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF DAN SMITH**

I, Dan Smith, declare as follows:

1.      I am the Executive Vice President, Head of Regulatory Affairs of the Consumer Bankers Association (CBA). CBA is the only national trade association focused exclusively on retail banking. In that role, I focus on regulatory issues that affect the retail banking industry.

2.      From April 2013 until May of 2019, I was the Consumer Financial Protection Bureau's (CFPB) first Assistant Director for the Office of Financial Institutions and Business Liaison, where I was responsible for managing the Bureau's relationship with trade associations, senior executives and government relations professionals at all major banks and financial service companies.  This role required me to interact regularly with Bureau supervisory personnel as well as gain a deep understanding of how they conduct examinations and interact with supervised entities., including describing and discussing the process and steps involved.

3.      The purpose of this declaration is to discuss the effects of a new rule announced by the CFPB in an amendment to its Supervision and Examination Manual, Unfair, Deceptive, or Abusive Acts or Practices Section, issued by the Consumer Financial Protection Bureau on March 16, 2022 ("Manual Update").

4.      Unless otherwise stated, this Declaration is based upon my personal knowledge and belief or upon my review of business records of CBA, including information provided by CBA members.  If called as a witness, I could and would testify competently thereto.

## I.      CBA's Mission and Members

5.      Established in 1919, the association is a leading voice in the banking industry and Washington, representing members who employ nearly two million Americans, extend roughly $3 trillion in consumer loans, and provide $270 billion in small business loans. Part of its mission includes representing its members interests in various government settings.

6.      CBA has as members depository institutions that are subject to CFPB supervision and examination, *see* 12 U.S.C. §5515, and listed as such on the CFPB's website at: https://files.consumerfinance.gov/f/documents/cfpb_depository-institutions-list_2022.pdf.

7.      Specifically, CBA has 70 total corporate members, 59 of which (84%) are supervised by the CFPB, as well as any lawful regulations issued by the CFPB. *Compare* Ex. C-1 (list of CBA Corporate Members), *with* Ex. C-2 (list of the 171 CFPB depository institutions); *see also* Ex. C-3 (list of CBA corporate members that are CFPB depository institutions).

8.      CBA corporate members thus make up over one-third of the total number of CFPB depository institutions.

9.      CBA also has associate members that are subject to CFPB examination because they are service providers to depository institutions.  Further, some CBA members are not subject to Bureau supervision or examination but are subject to laws and regulations that the Bureau can enforce.

## II.      The Impact of the CFPB's UDAAP Rule on Members' Businesses

10.      As Executive Vice President, Head of Regulatory Affairs, I have worked closely with many CBA members to understand how the Manual Update will affect member businesses and the substantial and irreparable harm that will result from it.

### A.  The CFPB's new UDAAP rule is forcing members to incur burdensome compliance costs.

11.      The CFPB routinely conducts compliance examinations of certain entities, including depository institutions that are CBA members.  As part of these examinations, CFPB personnel go onsite to regulated entities to observe, conduct interviews, and review documents and information. They review both whether there is evidence of violations and whether there are adequate policies and procedures in place to prevent violations.  These examinations require substantial time and attention by the employees of regulated entities, time and attention that must be diverted from other business activities.  Compliance with Dodd-Frank's prohibition on UDAAP is one matter that the CFPB investigates through its examination process.

12.      The CFPB gives its examiners direction on how to assess compliance with federal consumer financial laws in these examinations through its Supervision and Examination Manual.  This 1800+ page manual also provides regulated entities with information about how the CFPB assesses their compliance with federal consumer financial laws and sets forth expectations for every institution under the CFPB's supervision and enforcement authority.  For example, in an examination of an entity's compliance management system, the manual directs CFPB examiners to request and review a whole host of specified documents; determine whether those documents address specified issues; draw from that review preliminary conclusions about whether an entity's compliance program is strong, satisfactory, deficient, seriously deficient, or critically deficient; identify action needed to correct weaknesses in the entity's compliance management system; discuss findings with the institution's

management and, if necessary, obtain a commitment for corrective action; and prepare a memorandum for inclusion in the CFPB's official system of record that outlines planning and strategy considerations for the next examination or interim follow-up.  The manual is written with mandatory language to its examiners; indeed, it uses the word "must" more than 2,000 times. Further, if the Bureau determines that compliance management systems are deficient, this increases the odds of the Bureau opening an investigation into potential violations of substantive law, since the Bureau will conclude that the deficient systems increase the risk of substantive violations.  And because the Bureau can require changes in company behavior through an enforcement action, legal theories articulated in the exam manual are definitive Bureau interpretations to which courts will defer in any enforcement matter.

13.     To ensure that a regulated entity is taking sufficient steps to prevent UDAAP violations, the CFPB directs its examiners to review the entity's compliance risk management systems, including internal controls, policies, and procedures; the entity's training materials; the entity's procedure manuals and written policies; the entity's internal control monitoring and auditing materials; the entity's minutes for board meetings and management committees; and all relevant written policies and procedures and internal and external audit reports.

14.     If a regulated entity fails to demonstrate what the CFPB deems an adequate compliance program, the CFPB can issue a "Matter Requiring Attention," which identifies specific goals for the regulated entity and timeframes in which those goals must be accomplished.  An entity's response to a "Matter Requiring Attention" can affect its Compliance rating, which the CFPB assigns at the end of an examination.  That rating is communicated to the bank's management and, in some cases, its Board of Directors, and can lead to additional examinations, investigations, or public enforcement actions.  "Matters Requiring Attention" also are shared with a supervised entity's prudential regulator, which has additional tools to leverage compliance.

15.     A change to the scope of UDAAP therefore imposes direct costs on CBA members. They must undergo examinations and comply with the CFPB's demands for records, information, and other materials.  The CFPB's expanded interpretation of UDAAP leads to an expansion of the materials that will be relevant to the CFPB's examination and thus imposes additional examination costs on regulated entities as they respond to these expanded examinations.

16.     Members of CBA have already begun complying with the CFPB's new rule by expanding their UDAAP compliance systems, including their risk assessments, checklists, and other tools, to include nondiscrimination and by applying existing compliance systems that cover nondiscrimination to consumer financial products not covered by the Equal Credit Opportunity Act or Home Mortgage Disclosure Act.  These enhanced compliance programs require either more staff or more time from existing staff, new training programs, and additional business line resources for the implementation of additional controls.

17.     In addition, members of CBA have begun monitoring and reviewing potential discrimination claims under a different legal analysis—the one applicable to alleged "unfair" acts under UDAAP.  This change also requires more staff or more time from existing staff, new training programs, and additional business line resources.

18.     Some members have also begun performing additional analyses of consumer demographics for deposit products, which are not subject to ECOA or the HMDA but are subject to the prohibition on UDAAP.  As noted above, members are preparing to expand their testing of compliance risks throughout the lifecycle of deposit products.

### B. The CFPB's UDAAP rule threatens innovation and diversity of offerings in the consumer financial-services industry.

19.     The prospect of potential disparate-impact liability also may lead CBA's members to eliminate or forgo innovative consumer financial-services products.  Members cannot be sure when

or in what circumstances the CFPB would view a new product as unfair.  For example, the Bureau may determine that a particular deposit product offered to consumers with more well-established relationships with a bank is unfair because such consumers would tend to be older than those opening their first bank accounts.  Similarly, the prospect of disparate-impact liability looms large even over attempts made to increase access to consumer financial products for underserved communities.

### III.   Enjoining CFPB's UDAAP Expansion Would Remedy Harms to Members

20.   Enjoining the CFPB's actions would remedy the harms to the CBA's members from the Manual Update. Members could safely forgo the additional compliance costs, and would save the resources they would otherwise expend on compliance. And members could also introduce or retain products without fear that those products violate the new, undefined prohibition on discrimination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>28th</u> day of November at Washington, D.C.


_Dan Smith_

Dan Smith

Exhibit C-1

CBA ON
THE ISSUES

CBA MEDIA
CENTER

CBA
EDUCATION

CBA
LIVE

CBA
WASHINGTON
FORUM

ABOUT
CBA

SMALL BUSINESS
SPOTLIGHT

# CORPORATE MEMBERSHIP LIST

## CBA Corporate Members | By Asset Size

**$100 Billion or More**

JPMorgan Chase

Citigroup Inc.

Bank of America

Wells Fargo and Company, Inc.

U.S. Bancorp

Truist Financial

PNC Financial Services Group, Inc.

Capital One Financial Corporation

Goldman Sachs

TD Bank

Fifth Third Bancorp

American Express

Citizens Financial Group

Huntington Bancshares, Inc.

Ally Bank

KeyCorp

BMO Harris Bank

Regions Financial Corp.

M&T Bank

MUFG Union Bank

Discover Financial Services, Inc.

USAA Federal Savings Bank

## $50-$100 Billion

Bank of the West

Santander Bank, N.A.

Synchrony Financial

First Horizon Bank

Comerica Incorporated

Synovus Bank

Frost Bank

## $10-$50 Billion

Valley National Bank

Old National Bancorp

TIAA Bank

Hancock Whitney Bank

Associated Bank

MidFirst Bank

Webster Bank

Commerce Bancshares

Sallie Mae Bank

Bank OZK

Flagstar Bank

United Bank

Bank of Hawaii

Atlantic Union Bank

Rockland Trust Company

Mechanics Bank

First Interstate Bank

WesBanco

First Financial Bank

Eastern Bank

Banner Bank

Northwest Bank

Berkshire Hills Bancorp

International Bank of Commerce

First United Bank & Trust

S&T Bank


## Under $10 Billion

First Commonwealth Bank

SoFi Bank

Columbia Bank

Woodforest National Bank

Ameriprise FSB

Liberty Bank

First American Bank

First National Bank Texas

Five Star Bank

Independent Bank

Texas Dow Employees Credit Union

Credit Human Federal Credit Union

Broadway Bank

Crescent Bank

1st Financial Bank

# CBA Corporate Members | Alphabetically

1st Financial Bank

Ally Bank

American Express Company

Ameriprise FSB

Associated Bank

Atlantic Union Bank

Bank of America Corporation

Bank of Hawaii

Bank OZK

Bank of the West

Banner Bank

Berkshire Hills Bancorp

BMO Harris Bank

Broadway Bank

Capital One Financial Corporation

Citigroup Inc.

Citizens Financial Group

Columbia Bank

Comerica Incorporated

Commerce Bancshares, Inc.

Credit Human Federal Credit Union

Crescent Bank

Discover Financial Services, Inc.

Eastern Bank

Fifth Third Bancorp

First American Bank

First Commonwealth Bank

First Financial Bank

First Interstate Bank

First Horizon Bank

First National Bank Texas

First United Bank & Trust

Five Star Bank

Flagstar Bank

Frost Bank

Goldman Sachs

Hancock Whitney Bank

Huntington Bancshares, Inc.

IBC Bank

Independent Bank (i-bank)

JPMorgan Chase

KeyCorp

Liberty Bank

M & T Bank Corporation

MidFirst Bank

MUFG Union Bank, N.A.

Mechanics Bank

Northwest Bank

Old National Bancorp

PNC Financial Services Group, Inc.

Regions Financial Corp.

Rockland Trust Bank

S&T Bank

Sallie Mae Bank

Santander Bank, N.A.

SoFi Bank

Synchrony

Synovus Bank

TD Bank

TIAA Bank

Texas Dow Employees Credit Union

Truist Financial

U.S. Bancorp

United Bank

USAA Federal Savings Bank

Valley National Bank

Webster Bank

Wells Fargo and Company, Inc.

WesBanco

Woodforest National Bank

## LATEST TWEETS



↻   **Consumer Bankers Association Retweeted**

**Lindsey Johnson** @LindseyJCBA · 2h

Kudos to @USTreasury & @SecYellen for highlighting the need for oversight of non-bank Fintechs to protect consumers. CBA has advocated for the proper oversight of non-bank Fintechs. Banks are proof innovation can occur w/ safety & consumer protections!



content.govdelivery.com

New Treasury Report Shows Fintech Industry Requires Additional Oversight to Close Gaps, Prevent

## GOVERNMENT RELATIONS COUNCIL



LEARN MORE »

Case 6:22-cv-00381-JCB    Document 17-3    Filed 11/29/22    Page 16 of 25    PageID #:  241

## PREMIER SPONSORS

   

# Get the latest news for the retail banking industry

## SIGN UP FOR THE CBA SMARTBRIEF



**CBA HEADQUARTERS**

1225 New York Avenue, NW, Suite 1100
Washington, DC 20005

**CONNECT**

**CBA ON THE ISSUES**

CRA Modernization

Funding Higher Education

Committees

Councils

Mid-Tier Retail Executive Forum

Comment Letters

Small Business Lending Trends

Testimonies

Bank Notes

CBA PAC

Industry Links

Disaster Preparedness Resource Center

PPP Forgiveness

**CBA MEDIA CENTER**

Media Releases

Press Contacts

Joe Belew Award

**CBA WASHINGTON FORUM**

Schedule

Featured Speakers

**CBA EDUCATION**

CBA Executive Banking School

CBA Advanced Education

Webinars

White Papers

Education Faculty

Tem Wooldridge Award

**ABOUT CBA**

The CBA Team

Board of Directors

Membership Information

Industry Experts

CBA Jobs

Stay Connected

**CBA LIVE**

Registration

Program & Schedule

Hotel

Exhibit & Sponsor Opportunities

CBA LIVE 2022 Highlights

Policies, Terms & Conditions

Future Dates

**SMALL BUSINESS SPOTLIGHT**

© 2021 CONSUMER BANKERS ASSOCIATION

WEBSITE BUILT WITH DRUPAL BY TAOTI CREATIVE

Exhibit C-2

## CFPB Depository Institutions
## (Based on  06/30/2022 Total Assets)

| ID | Institution | City | State | Prudential Regulator | 06/30/2022 Total Assets (000s) |
|---|---|---|---|---|---|
| 852218 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | COLUMBUS | OH | OCC | $   3,380,824,000 |
| 480228 | BANK OF AMERICA, NATIONAL ASSOCIATION | CHARLOTTE | NC | OCC | $   2,440,022,000 |
| 476810 | CITIBANK, N.A. | SIOUX FALLS | SD | OCC | $   1,720,308,000 |
| 451965 | WELLS FARGO BANK, NATIONAL ASSOCIATION | SIOUX FALLS | SD | OCC | $   1,712,535,000 |
| 504713 | U.S. BANK NATIONAL ASSOCIATION | CINCINNATI | OH | OCC | $   582,252,757 |
| 817824 | PNC BANK, NATIONAL ASSOCIATION | WILMINGTON | DE | OCC | $   534,346,587 |
| 852320 | TRUIST BANK | CHARLOTTE | NC | FDIC | $   532,080,000 |
| 2182786 | GOLDMAN SACHS BANK USA | NEW YORK | NY | FRS | $   501,906,000 |
| 3150447 | CHARLES SCHWAB BANK, SSB | WESTLAKE | TX | FRS | $   407,901,000 |
| 497404 | TD BANK, N.A. | WILMINGTON | DE | OCC | $   405,223,010 |
| 112837 | CAPITAL ONE, NATIONAL ASSOCIATION | MC LEAN | VA | OCC | $   388,439,751 |
| 541101 | BANK OF NEW YORK MELLON, THE | NEW YORK | NY | FRS | $   365,102,000 |
| 35301 | STATE STREET BANK AND TRUST COMPANY | BOSTON | MA | FRS | $   296,434,000 |
| 3303298 | CITIZENS BANK, NATIONAL ASSOCIATION | PROVIDENCE | RI | OCC | $   226,531,535 |
| 802866 | SILICON VALLEY BANK | SANTA CLARA | CA | FRS | $   211,824,000 |
| 723112 | FIFTH THIRD BANK, NATIONAL ASSOCIATION | CINCINNATI | OH | OCC | $   205,546,136 |
| 501105 | MANUFACTURERS AND TRADERS TRUST COMPANY | BUFFALO | NY | FRS | $   203,656,265 |
| 2489805 | MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION | PURCHASE | NY | OCC | $   199,887,000 |
| 4114567 | FIRST REPUBLIC BANK | SAN FRANCISCO | CA | FDIC | $   197,908,327 |
| 1456501 | MORGAN STANLEY BANK, N.A. | SALT LAKE CITY | UT | OCC | $   191,345,000 |
| 280110 | KEYBANK NATIONAL ASSOCIATION | CLEVELAND | OH | OCC | $   184,673,175 |
| 12311 | HUNTINGTON NATIONAL BANK, THE | COLUMBUS | OH | OCC | $   178,091,290 |
| 3284070 | ALLY BANK | SANDY | UT | FRS | $   175,814,000 |
| 413208 | HSBC BANK USA, NATIONAL ASSOCIATION | TYSONS | VA | OCC | $   168,924,907 |
| 75633 | BMO HARRIS BANK NATIONAL ASSOCIATION | CHICAGO | IL | OCC | $   163,203,086 |
| 233031 | REGIONS BANK | BIRMINGHAM | AL | FRS | $   159,787,000 |
| 617677 | NAVY FEDERAL CREDIT UNION | VIENNA | VA | NCUA | $   159,682,336 |
| 210434 | NORTHERN TRUST COMPANY, THE | CHICAGO | IL | FRS | $   157,289,965 |
| 1394676 | AMERICAN EXPRESS NATIONAL BANK | SANDY | UT | OCC | $   137,922,091 |
| 2253891 | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | GLEN ALLEN | VA | OCC | $   126,717,894 |
| 212465 | MUFG UNION BANK, NATIONAL ASSOCIATION | SAN FRANCISCO | CA | OCC | $   124,662,227 |
| 3212149 | UBS BANK USA | SALT LAKE CITY | UT | FDIC | $   121,042,178 |
| 2942690 | SIGNATURE BANK | NEW YORK | NY | FDIC | $   115,966,803 |
| 619877 | USAA FEDERAL SAVINGS BANK | SAN ANTONIO | TX | OCC | $   114,528,000 |
| 30810 | DISCOVER BANK | GREENWOOD | DE | FDIC | $   113,025,156 |
| 491224 | FIRST-CITIZENS BANK & TRUST COMPANY | RALEIGH | NC | FDIC | $   107,542,088 |
| 804963 | BANK OF THE WEST | SAN FRANCISCO | CA | FDIC | $   94,491,881 |
| 722777 | SANTANDER BANK, NATIONAL ASSOCIATION | WILMINGTON | DE | OCC | $   93,871,794 |
| 63069 | CITY NATIONAL BANK | LOS ANGELES | CA | OCC | $   91,119,374 |
| 276579 | ZIONS BANCORPORATION, NATIONAL ASSOCIATION | SALT LAKE CITY | UT | OCC | $   87,783,903 |
| 60143 | COMERICA BANK | DALLAS | TX | FRS | $   87,024,000 |
| 1216022 | SYNCHRONY BANK | DRAPER | UT | OCC | $   87,015,000 |
| 485559 | FIRST HORIZON BANK | MEMPHIS | TN | FRS | $   84,803,751 |
| 761806 | WEBSTER BANK, NATIONAL ASSOCIATION | STAMFORD | CT | OCC | $   67,468,299 |
| 3138146 | WESTERN ALLIANCE BANK | PHOENIX | AZ | FRS | $   65,993,486 |
| 694904 | NEW YORK COMMUNITY BANK | HICKSVILLE | NY | FDIC | $   63,046,655 |
| 197478 | EAST WEST BANK | PASADENA | CA | FRS | $   62,379,357 |
| 940311 | BANCO POPULAR DE PUERTO RICO | SAN JUAN | PR | FRS | $   60,303,000 |
| 395238 | SYNOVUS BANK | COLUMBUS | GA | FRS | $   57,282,102 |
| 229801 | VALLEY NATIONAL BANK | PASSAIC | NJ | OCC | $   54,435,500 |
| 1189117 | STATE EMPLOYEES CREDIT UNION | RALEIGH | NC | NCUA | $   53,132,250 |
| 682563 | FROST BANK | SAN ANTONIO | TX | FRS | $   51,845,683 |
| 606046 | CADENCE BANK | TUPELO | MS | FDIC | $   47,753,105 |
| 1842065 | CIBC BANK USA | CHICAGO | IL | FDIC | $   47,735,863 |
| 1929247 | SOUTHSTATE BANK, N.A. | WINTER HAVEN | FL | OCC | $   46,193,356 |
| 208244 | OLD NATIONAL BANK | EVANSVILLE | IN | OCC | $   45,500,554 |
| 339858 | BOKF, NATIONAL ASSOCIATION | TULSA | OK | OCC | $   45,202,565 |
| 908508 | BANK OF CHINA – NEW YORK BRANCH AND OTHER BRANCHES | NEW YORK | NY | OCC | $   46,211,090 |
| 379920 | FIRST NATIONAL BANK OF PENNSYLVANIA | GREENVILLE | PA | OCC | $   41,653,367 |
| 2193616 | RAYMOND JAMES BANK | SAINT PETERSBURG | FL | FRS | $   41,210,153 |
| 214807 | DEUTSCHE BANK TRUST COMPANY AMERICAS | NEW YORK | NY | FRS | $   40,976,000 |
| 494261 | PACIFIC WESTERN BANK | BEVERLY HILLS | CA | FDIC | $   40,909,816 |
| 2925666 | PINNACLE BANK | NASHVILLE | TN | FDIC | $   39,877,839 |
| 1893049 | CHARLES SCHWAB PREMIER BANK, SSB | WESTLAKE | TX | FRS | $   39,630,000 |

| ID | Institution | City | State | Prudential Regulator | 06/30/2022 Total Assets (000s) |
|---|---|---|---|---|---|
| 2735146 | TIAA, FSB | JACKSONVILLE | FL | OCC | $ 38,576,417 |
| 664756 | PROSPERITY BANK | EL CAMPO | TX | FDIC | $ 37,409,499 |
| 936855 | UMB BANK, NATIONAL ASSOCIATION | KANSAS CITY | MO | OCC | $ 37,246,891 |
| 917742 | ASSOCIATED BANK, NATIONAL ASSOCIATION | GREEN BAY | WI | OCC | $ 37,187,818 |
| 546571 | PENTAGON FEDERAL CREDIT UNION | ALEXANDRIA | VA | NCUA | $ 36,688,896 |
| 2121196 | TD BANK USA, NATIONAL ASSOCIATION | WILMINGTON | DE | OCC | $ 36,505,776 |
| 3938186 | BANKUNITED, NATIONAL ASSOCIATION | MIAMI LAKES | FL | OCC | $ 36,428,574 |
| 2980209 | BARCLAYS BANK DELAWARE | WILMINGTON | DE | FDIC | $ 34,947,000 |
| 463735 | HANCOCK WHITNEY BANK | GULFPORT | MS | FDIC | $ 34,617,125 |
| 601050 | COMMERCE BANK | KANSAS CITY | MO | FRS | $ 33,255,614 |
| 595270 | MIDFIRST BANK | OKLAHOMA CITY | OK | OCC | $ 33,075,693 |
| 2618780 | TEXAS CAPITAL BANK | DALLAS | TX | FDIC | $ 32,329,780 |
| 659855 | FIRST INTERSTATE BANK | BILLINGS | MT | FRS | $ 31,970,444 |
| 934329 | BNY MELLON, NATIONAL ASSOCIATION | PITTSBURGH | PA | OCC | $ 31,639,000 |
| 143662 | UMPQUA BANK | ROSEBURG | OR | FDIC | $ 30,131,538 |
| 972590 | BOEING EMPLOYEES CREDIT UNION | TUKWILA | WA | NCUA | $ 29,522,116 |
| 365325 | UNITED BANK | FAIRFAX | VA | FRS | $ 28,735,887 |
| 288853 | FIRSTBANK | LAKEWOOD | CO | FRS | $ 28,629,878 |
| 937898 | SCHOOLSFIRST FEDERAL CREDIT UNION | SANTA ANA | CA | NCUA | $ 28,067,397 |
| 3394278 | SALLIE MAE BANK | SALT LAKE CITY | UT | FDIC | $ 27,374,022 |
| 663245 | SIMMONS BANK | PINE BLUFF | AR | FRS | $ 27,171,310 |
| 2634191 | GLACIER BANK | KALISPELL | MT | FDIC | $ 26,666,056 |
| 311845 | ARVEST BANK | FAYETTEVILLE | AR | FRS | $ 26,592,983 |
| 1443266 | BANK OF AMERICA CALIFORNIA, NATIONAL ASSOCIATION | SAN FRANCISCO | CA | OCC | $ 26,568,000 |
| 107244 | BANK OZK | LITTLE ROCK | AR | FDIC | $ 25,919,965 |
| 527954 | FIRST NATIONAL BANK OF OMAHA | OMAHA | NE | OCC | $ 25,840,035 |
| 980661 | FIRST HAWAIIAN BANK | HONOLULU | HI | FDIC | $ 25,376,921 |
| 474919 | FULTON BANK, NATIONAL ASSOCIATION | LANCASTER | PA | OCC | $ 24,947,504 |
| 146672 | FLAGSTAR BANK, FSB | TROY | MI | OCC | $ 24,847,064 |
| 456045 | CENTENNIAL BANK | CONWAY | AR | FRS | $ 24,196,505 |
| 1017939 | UNITED COMMUNITY BANK | GREENVILLE | SC | FDIC | $ 24,154,420 |
| 764030 | AMERIS BANK | ATLANTA | GA | FDIC | $ 23,591,556 |
| 795968 | BANK OF HAWAII | HONOLULU | HI | FRS | $ 23,205,058 |
| 814430 | CITY NATIONAL BANK OF FLORIDA | MIAMI | FL | OCC | $ 23,177,678 |
| 128904 | EASTERN BANK | BOSTON | MA | FDIC | $ 22,329,556 |
| 431172 | PACIFIC PREMIER BANK | IRVINE | CA | FRS | $ 21,998,233 |
| 3076248 | STIFEL BANK AND TRUST | SAINT LOUIS | MO | FRS | $ 21,743,201 |
| 595869 | CATHAY BANK | LOS ANGELES | CA | FDIC | $ 21,219,917 |
| 2078290 | COLUMBIA STATE BANK | TACOMA | WA | FDIC | $ 20,555,814 |
| 437914 | WILMINGTON SAVINGS FUND SOCIETY, FSB | WILMINGTON | DE | OCC | $ 20,453,582 |
| 2354985 | CUSTOMERS BANK | PHOENIXVILLE | PA | FRS | $ 20,242,747 |
| 656377 | WASHINGTON FEDERAL BANK | SEATTLE | WA | FDIC | $ 20,164,584 |
| 613008 | ROCKLAND TRUST COMPANY | ROCKLAND | MA | FDIC | $ 19,981,733 |
| 853952 | CENTRAL TRUST BANK, THE | JEFFERSON CITY | MO | FRS | $ 19,606,477 |
| 693224 | ATLANTIC UNION BANK | RICHMOND | VA | FRS | $ 19,546,091 |
| 510871 | FIRSTBANK PUERTO RICO | SAN JUAN | PR | FDIC | $ 19,522,758 |
| 936462 | MECHANICS BANK | WALNUT CREEK | CA | FDIC | $ 18,616,778 |
| 1225761 | WELLS FARGO NATIONAL BANK WEST | LAS VEGAS | NV | OCC | $ 18,612,068 |
| 959395 | GOLDEN 1 CREDIT UNION, THE | SACRAMENTO | CA | NCUA | $ 18,483,937 |
| 122854 | INDEPENDENT BANK DBA INDEPENDENT FINANCIAL | MCKINNEY | TX | FDIC | $ 18,101,986 |
| 671464 | BANK OF HOPE | LOS ANGELES | CA | FDIC | $ 18,083,352 |
| 17147 | FIRST MERCHANTS BANK | MUNCIE | IN | FDIC | $ 17,762,137 |
| 277697 | AMERICA FIRST FEDERAL CREDIT UNION | RIVERDALE | UT | NCUA | $ 17,462,475 |
| 3470239 | AMERIPRISE BANK, FSB | MINNEAPOLIS | MN | OCC | $ 17,120,271 |
| 342634 | TRUSTMARK NATIONAL BANK | JACKSON | MS | OCC | $ 16,949,123 |
| 2797724 | TOWNEBANK | PORTSMOUTH | VA | FDIC | $ 16,864,040 |
| 933966 | CITIZENS BUSINESS BANK | ONTARIO | CA | FDIC | $ 16,758,546 |
| 645625 | WESBANCO BANK, INC. | WHEELING | WV | FDIC | $ 16,752,817 |
| 749242 | RENASANT BANK | TUPELO | MS | FDIC | $ 16,620,657 |
| 367392 | ALLIANT CREDIT UNION | CHICAGO | IL | NCUA | $ 16,437,637 |
| 249612 | APPLE BANK FOR SAVINGS | NEW YORK | NY | FDIC | $ 16,387,356 |
| 352772 | BANNER BANK | WALLA WALLA | WA | FDIC | $ 16,374,975 |
| 165628 | FIRST FINANCIAL BANK | CINCINNATI | OH | FRS | $ 16,155,541 |
| 2917317 | AXOS BANK | SAN DIEGO | CA | OCC | $ 16,002,714 |
| 709787 | FIRST TECHNOLOGY FEDERAL CREDIT UNION | SAN JOSE | CA | NCUA | $ 15,868,641 |
| 25085 | SUNCOAST CREDIT UNION | TAMPA | FL | NCUA | $ 15,771,295 |
| 800657 | BREMER BANK, NATIONAL ASSOCIATION | SAINT PAUL | MN | OCC | $ 15,718,051 |

| ID | Institution | City | State | Prudential Regulator | 06/30/2022 Total Assets (000s) |
|---|---|---|---|---|---|
| 1216826 | SILVERGATE BANK | LA JOLLA | CA | FRS | $  15,706,279 |
| 491381 | RANDOLPH-BROOKS FEDERAL CREDIT UNION | LIVE OAK | TX | NCUA | $  15,533,265 |
| 5278251 | CHARLES SCHWAB TRUST BANK | HENDERSON | NV | FDIC | $  15,465,000 |
| 915878 | THIRD FEDERAL SAVINGS & LOAN ASSOCIATION OF CLEVELAND | CLEVELAND | OH | OCC | $  15,390,543 |
| 202907 | COMMUNITY BANK, NATIONAL ASSOCIATION | CANTON | NY | OCC | $  15,263,971 |
| 3202702 | OPTUM BANK, INC. | DRAPER | UT | FDIC | $  15,069,762 |
| 611198 | MOUNTAIN AMERICA FEDERAL CREDIT UNION | Sandy | UT | NCUA | $  14,721,826 |
| 3348888 | SERVISFIRST BANK | HOMEWOOD | AL | FDIC | $  14,492,668 |
| 3475083 | TRISTATE CAPITAL BANK | PITTSBURGH | PA | FDIC | $  14,473,401 |
| 1002878 | NORTHWEST BANK | WARREN | PA | FDIC | $  14,248,676 |
| 95716 | STATE BANK OF INDIA-NEW YORK BRANCH | NEW YORK | NY | FDIC | $  14,110,054 |
| 509950 | FIRST UNITED BANK AND TRUST COMPANY | DURANT | OK | FDIC | $  13,946,900 |
| 637451 | PLAINSCAPITAL BANK | UNIVERSITY PARK | TX | FRS | $  13,935,564 |
| 204004 | PROVIDENT BANK | JERSEY CITY | NJ | FDIC | $  13,710,522 |
| 506922 | SANDY SPRING BANK | OLNEY | MD | FRS | $  13,297,905 |
| 470050 | FIRST FINANCIAL BANK, NATIONAL ASSOCIATION | ABILENE | TX | OCC | $  13,215,142 |
| 1190476 | ENTERPRISE BANK & TRUST | CLAYTON | MO | FDIC | $  13,044,603 |
| 99189 | VYSTAR CREDIT UNION | JACKSONVILLE | FL | NCUA | $  13,028,981 |
| 320119 | ISRAEL DISCOUNT BANK OF NEW YORK | NEW YORK | NY | FDIC | $  12,604,295 |
| 666581 | SECURITY SERVICE FEDERAL CREDIT UNION | SAN ANTONIO | TX | NCUA | $  12,483,909 |
| 85472 | OCEANFIRST BANK, NATIONAL ASSOCIATION | TOMS RIVER | NJ | OCC | $  12,351,391 |
| 23504 | DIME COMMUNITY BANK | BRIDGEHAMPTON | NY | FRS | $  12,333,501 |
| 416245 | BUSEY BANK | CHAMPAIGN | IL | FDIC | $  12,318,107 |
| 436159 | FIRSTBANK | NASHVILLE | TN | FDIC | $  12,179,222 |
| 651596 | LAKE MICHIGAN CREDIT UNION | GRAND RAPIDS | MI | NCUA | $  12,090,830 |
| 136374 | BETHPAGE FEDERAL CREDIT UNION | BETHPAGE | NY | NCUA | $  11,784,337 |
| 2850722 | BMW BANK OF NORTH AMERICA | SALT LAKE CITY | UT | FDIC | $  11,763,730 |
| 871769 | FARMERS AND MERCHANTS BANK OF LONG BEACH | LONG BEACH | CA | FRS | $  11,731,961 |
| 301190 | SAN DIEGO COUNTY CREDIT UNION | SAN DIEGO | CA | NCUA | $  11,630,725 |
| 702117 | NBT BANK, NATIONAL ASSOCIATION | NORWICH | NY | OCC | $  11,628,778 |
| 473501 | BERKSHIRE BANK | PITTSFIELD | MA | FDIC | $  11,576,551 |
| 366573 | ALASKA USA FEDERAL CREDIT UNION | ANCHORAGE | AK | NCUA | $  11,392,455 |
| 2652092 | EAGLEBANK | BETHESDA | MD | FRS | $  10,884,259 |
| 472988 | STAR ONE CREDIT UNION | SUNNYVALE | CA | NCUA | $  10,828,014 |
| 2736291 | POPULAR BANK | NEW YORK | NY | FRS | $  10,820,085 |
| 58971 | WASHINGTON TRUST BANK | SPOKANE | WA | FDIC | $  10,614,139 |
| 961624 | DOLLAR BANK, FEDERAL SAVINGS BANK | PITTSBURGH | PA | OCC | $   9,942,030 |
| 1001152 | INTERNATIONAL BANK OF COMMERCE | LAREDO | TX | FDIC | $   9,248,674 |
| 909000 | BANK OF BARODA - NEW YORK BRANCH | NEW YORK | NY | FDIC | $   7,694,675 |
| 2265456 | WILMINGTON TRUST, NATIONAL ASSOCIATION | WILMINGTON | DE | OCC | $     839,461 |

## Affiliates of Depository Institutions Over $10 Billion
### (Based on 06/30/2022 Total Assets)

| ID | Institution | City | State | Prudential Regulator | 06/30/2022 Total Assets (000s) |
|---|---|---|---|---|---|
| 2362458 | WELLS FARGO BANK SOUTH CENTRAL, NATIONAL ASSOCIATION | HOUSTON | TX | OCC | $ 7,900,890 |
| 3783948 | RBC BANK (GEORGIA), NATIONAL ASSOCIATION | ATLANTA | GA | OCC | $ 6,175,672 |
| 3076220 | STIFEL BANK | CLAYTON | MO | FRS | $ 4,955,507 |
| 230759 | INTERNATIONAL BANK OF COMMERCE | BROWNSVILLE | TX | FDIC | $ 3,983,348 |
| 1015560 | INDUSTRIAL AND COMMERCIAL BANK OF CHINA (USA), NATIONAL | NEW YORK | NY | OCC | $ 2,781,046 |
| 217237 | STATE BANK OF INDIA-CHICAGO BRANCH | CHICAGO | IL | FDIC | $ 2,434,727 |
| 2502656 | USAA SAVINGS BANK | LAS VEGAS | NV | FDIC | $ 2,292,037 |
| 5050028 | INTERNATIONAL BANK OF COMMERCE | OKLAHOMA CITY | OK | FDIC | $ 1,816,211 |
| 398668 | BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, THE | LOS ANGELES | CA | OCC | $ 1,497,712 |
| 779968 | STATE BANK OF INDIA (CALIFORNIA) | LOS ANGELES | CA | FDIC | $ 1,038,834 |
| 811279 | STANDARD BANK | MURRYSVILLE | PA | OCC | $ 996,262 |
| 2713920 | STIFEL TRUST COMPANY NATIONAL ASSOCIATION | SAINT LOUIS | MO | OCC | $ 871,908 |
| 3382547 | DEPARTMENT STORES NATIONAL BANK | SIOUX FALLS | SD | OCC | $ 717,168 |
| 625159 | COMMERCE BANK | LAREDO | TX | FDIC | $ 661,842 |
| 382069 | INTERNATIONAL BANK OF COMMERCE | ZAPATA | TX | FDIC | $ 473,977 |
| 4125778 | STIFEL TRUST COMPANY DELAWARE, NATIONAL ASSOCIATION | WILMINGTON | DE | OCC | $ 424,326 |
| 975751 | CIBC NATIONAL TRUST COMPANY | ATLANTA | GA | OCC | $ 324,283 |
| 488318 | BNY MELLON TRUST OF DELAWARE | WILMINGTON | DE | FDIC | $ 187,275 |
| 304913 | DEUTSCHE BANK TRUST COMPANY DELAWARE | WILMINGTON | DE | FDIC | $ 119,783 |
| 772446 | COMERICA BANK & TRUST, NATIONAL ASSOCIATION | ANN ARBOR | MI | OCC | $ 90,574 |
| 651448 | JPMORGAN CHASE BANK, DEARBORN | DEARBORN | MI | FRS | $ 62,101 |
| 3357620 | HSBC TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION | WILMINGTON | DE | OCC | $ 55,574 |
| 3353154 | BMO HARRIS CENTRAL NATIONAL ASSOCIATION | ROSELLE | IL | OCC | $ 8,039 |

Exhibit C-3

**List of CBA Corporate Members that are CFPB Depository Institutions**

| | | |
|---|---|---|
| 1st Financial Bank | Eastern Bank | Northwest Bank |
| Ally Bank | Fifth Third Bancorp | Old National Bancorp |
| American Express | First Financial Bank | PNC Financial Services Group, Inc. |
| Ameriprise FSB | First Horizon Bank | Regions Financial Corp. |
| Associated Bank | First Interstate Bank | Rockland Trust Company |
| Atlantic Union Bank | First National Bank Texas | Sallie Mae Bank |
| Bank of America | First United Bank & Trust | Santander Bank, N.A. |
| Bank of Hawaii | Flagstar Bank | Synchrony Financial |
| Bank of the West | Frost Bank | Synovus Bank |
| Bank OZK | Goldman Sachs | TD Bank |
| Banner Bank | Hancock Whitney Bank | TIAA Bank |
| Berkshire Hills Bancorp | Huntington Bancshares, Inc. | Truist Financial |
| BMO Harris Bank | Independent Bank | U.S. Bancorp |
| Capital One Financial Corp. | International Bank of Commerce | United Bank |
| Citigroup Inc. | JPMorgan Chase | USAA Federal Savings Bank |
| Citizens Financial Group | KeyCorp | Valley National Bank |
| Columbia Bank | M&T Bank | Webster Bank |
| Comerica Incorporated | Mechanics Bank | Wells Fargo and Company, Inc. |
| Commerce Bancshares | MidFirst Bank | WesBanco |
| Discover Financial Services, Inc. | MUFG Union Bank | |