# Exhibit P

As of November 20, 2013, this guidance applies to federal savings associations in addition to national banks.*

**CCE-FL**



Comptroller of the Currency
Administrator of National Banks

# Fair Lending

## Comptroller's Handbook

### January 2010

*References in this guidance to national banks or banks generally should be read to include federal savings associations (FSA). If statutes, regulations, or other OCC guidance is referenced herein, please consult those sources to determine applicability to FSAs. If you have questions about how to apply this guidance, please contact your OCC supervisory office.



CCE

Consumer Compliance Examination

ADMINRECORD-02629

      rate sheets and fee schedules, if loan officers or brokers deviate from those rates and fees without clear and objective criteria.
- P3. Use of risk-based pricing that is not based on objective criteria or applied consistently.
- P4. *Substantial disparities among prices being quoted or charged to applicants who differ as to their monitored prohibited basis characteristics.
- P5. Consumer complaints alleging discrimination in residential loan pricing.
- P6. In mortgage pricing, disparities in the incidence of rate spreads of higher-priced loans by prohibited basis characteristics as reported in the HMDA data (Regulation C, 12 CFR 203.4(a)(12)).
- P7. *A loan program that contains only borrowers from a prohibited basis group, or has significant differences in the percentages of prohibited basis groups, especially in the absence of a Special Purpose Credit Program under the ECOA.

Be alert for indications of risk related to other terms or conditions (such as co-signors, collateral, or length of term). For example, broad discretion and vague standards for collateral are viewed as risk factors if they exist for a focal point. Adapt transaction comparison techniques to examine such situations.

In addition, the following are abusive (or "predatory") lending practices that may involve violations of fair lending laws and that the OCC treats as risk factors:[4]

- Collateral or equity "stripping" — loans made in reliance on the liquidation value of the borrower's home or other collateral, rather than the borrower's independent ability to repay, with the possible or even intended result of foreclosure or the need to refinance under duress;
- Interest rates or fees that far exceed the true risk and cost of making the loan;
- Inadequate disclosure of the true costs and risks of loan transactions;
- Lending practices that are fraudulent, coercive, unfair, deceptive, or otherwise illegal;
- Loan terms and structures, such as negative amortization, when designed to make it more difficult or impossible for borrowers to reduce their indebtedness;

---

[4] Evidence of these factors may also represent noncompliance with the OCC Guidelines for Residential Mortgage Lending Practices, Appendix C of 12 CFR 30.