# Exhibit S

| | |
|---|---|
| **From:** | Mike Pierce |
| **To:** | Hahn, Carolyn (CFPB); Hinkle, Austin (CFPB); Brown, Allison (CFPB); Evans, Kristen (CFPB); Chea, Keo (CFPB); Muniz, Brenda (CFPB); Cameron, Robert (CFPB); Shearer, Brian (CFPB); Thompson, Diane (CFPB); Matthews, Andrea (CFPB); Gasper, Susan (CFPB)(she/her/hers); Scherschel, Patricia (CFPB) |
| **Cc:** | Seth Frotman; Katherine Welbeck |
| **Subject:** | [NEW REPORT] Discrimination is "Unfair": Interpreting UDA(A)P to Prohibit Discrimination |
| **Date:** | Thursday, April 22, 2021 10:38:13 AM |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

CFPB Colleagues:

Today the SBPC released a new report, *Discrimination is "Unfair": Interpreting UDA(A)P to Prohibit Discrimination*.

The report, from the SBPC and Relman Colfax attorneys Stephen Hayes and Kali Schellenberg, examines how laws prohibiting unfair, deceptive (and sometimes abusive) acts and practices ("UDA(A)Ps") can be applied to combat discrimination in the student loan market and beyond.

Current enforcement strategies leave large swaths of the economy vulnerable to an array of discriminatory practices. For example, federal financial regulatory agencies, like the Consumer Financial Protection Bureau ("CFPB"), have focused on *credit* discrimination, but historically have not regulated or brought enforcement actions related to discrimination in other consumer financial activities like opening checking accounts, reporting credit information, or predatory financial "advising." The report lays out how federal and state regulators can leverage the full weight of existing UDAAP laws to bring greater accountability across the marketplace.

**Link to the report:** https://protectborrowers.org/discrimination-is-unfair

**Link to the blog:** https://protectborrowers.org/leveraging-udaap-in-the-fight-against-discrimination

The report calls on federal and state law enforcement agencies and regulators to take the following steps to advance an "unfairness-discrimination" application of UDA(A)P laws to combat discrimination:

- Agencies and states should pursue the unfairness-discrimination theory immediately through supervision or enforcement.
- The CFPB and FTC should adopt this construction in complementary guidance or

interpretive rules, which can be done reasonably quickly, without the need to undergo formal notice-and-comment rulemaking. Additionally, this type of clarification would pave the way for enforcement by states that might be reluctant to act without federal guidance.

- Agencies—particularly the CFPB—should subsequently issue notice-and-comment rules formalizing the unfairness-discrimination application. A notice-and-comment rulemaking would also afford the agencies the opportunity to articulate substantive standards and requirements for compliance, which may not be possible in less formal guidance.

Happy to discuss if you all have any questions!

Best,


Mike

--

Michael Justin Pierce
Policy Director & Managing Counsel
Student Borrower Protection Center
www.protectborrowers.org