**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION. *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, *Defendants*. | Case No. 6:22-cv-00381-JCB |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This Court, having considered Plaintiffs' motion for summary judgment, the submissions of Defendants, and the evidence and pleadings of record, finds that Plaintiffs' motion shall be **GRANTED**.

The Court finds that Plaintiffs have established that they are entitled to relief on each of their claims:

(1) the CFPB manual update exceeds the agency's statutory authority (Count I);

(2) the CFPB manual update is arbitrary and capricious (Count II);

(3) the CFPB manual update violates the Administrative Procedure Act's notice-and-comment requirements (Count III); and

(4) the CFPB's funding structure violates the Appropriations Clause of the U.S. Constitution (Count IV).

**IT IS ORDERED** that the CFPB's March 2022 manual update is **VACATED**.

Additionally, the Court finds on Plaintiffs' request for injunctive relief that Plaintiffs have established: (1) "success on the merits"; (2) "that a failure to grant the injunction will result in irreparable injury"; (3) "that said injury outweighs any damage that the injunction will cause the opposing party"; and (4) "that the injunction will not disserve the public interest." *O'Connor v. Smith*, 427 F. App'x 359, 365 (5th Cir. 2011). Because Plaintiffs have clearly established their burden of persuasion on each of the four elements required for injunctive relief, Plaintiffs' request for permanent injunctive relief is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants; their servants, agents, and employees; and all persons in active concert or participation with them, are permanently enjoined from pursuing any examinations or enforcement actions based on the interpretation of the CFPB's UDAAP authority announced in the March 2022 update.

**IT IS FURTHER ORDERED** that this Order shall become effective immediately.