IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau<br><br>*Defendants*. | Case No. 6:22-cv-00381-JCB |

**UNOPPOSED MOTION BY THE STATES OF GEORGIA, ALABAMA, ARIZONA, ARKANSAS, IDAHO, INDIANA, LOUISIANA, MISSISSIPPI, OKLAHOMA, SOUTH CAROLINA, TENNESSEE, TEXAS, UTAH, AND WEST VIRGINIA FOR LEAVE TO FILE AMICI CURIAE BRIEF**

The States of Georgia, Alabama, Arizona, Arkansas, Idaho, Indiana, Louisiana, Mississippi, Oklahoma, South Carolina, Tennessee, Texas, Utah, and West Virginia respectfully move for leave to file the attached *amici curiae* brief in the above-captioned matter. Although this Court's Local Rules do not address *amici* participation, federal courts have inherent authority to permit the filing of such briefs. *See, e.g.*, *Rowland v. GGNSC Ripley, LLC*, No. 3:13-cv-00011, 2016 WL 4136486, at *4 (N.D. Miss. Aug. 3, 2016) (collecting cases). And States often appear as *amici* to vindicate their interests.

1

District courts typically accept *amici* briefs where they are "timely" and "useful … to the administration of justice." *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 3d 920, 927 (S.D. Tex. 2007) (quotation marks omitted); *see also Earth Island Inst. v. Nash*, No. 1:19-cv-01420, 2019 WL 6790682, at *1 (E.D. Cal. Dec. 12, 2019) ("The touchstone is whether the amicus is helpful…." (quotation marks omitted)). Here, the States' brief is timely and useful. In addition to explaining why CFPB's recent examination manual update did not comply with Administrative Procedure Act requirements, it also explains how the manual update is part of a broader pattern of federal executive overreach that threatens the balance of power between the States and the federal government; the States, as separate sovereigns, have a special interest in commenting on such matters, *see Ala. Ass'n of Realtors v. HHS*, 141 S. Ct. 2320, 2489 (2021) (warning against regulation that "intrudes into … the particular domain of state law").

Defendants do not oppose the filing of the brief. Accordingly, the States respectfully request that the Court accept the attached *amici curiae* brief for filing.

|  |  |
|---|---|
| Dated: December 7, 2022 | Respectfully submitted,<br><br>/s/ *Stephen J. Petrany*<br>Christopher M. Carr<br>   *Attorney General of Georgia*<br>Stephen J. Petrany*<br>   *Solicitor General of Georgia*<br>   *Lead Counsel*<br>Paul R. Draper<br>   *Honors Fellow*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br>* *pro hac vice application pending* |

Steve Marshall
   *Attorney General of Alabama*

Leslie Rutledge
   *Attorney General of Arkansas*

Theodore E. Rokita
   *Attorney General of Indiana*

Lynn Fitch
   *Attorney General of Mississippi*

Alan Wilson
   *Attorney General of South Carolina*

Ken Paxton
   *Attorney General of Texas*

Patrick Morrisey
   *Attorney General of West Virginia*

Mark Brnovich
   *Attorney General of Arizona*

Lawrence G. Wasden
   *Attorney General of Idaho*

Jeff Landry
   *Attorney General of Louisiana*

John M. O'Connor
   *Attorney General of Oklahoma*

Jonathan Skrmetti
   *Attorney General & Reporter of Tennessee*

Sean D. Reyes
   *Attorney General of Utah*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was electronically filed with the Clerk of Court using the CM/ECF system on December 7, 2022, thereby serving all counsel of record.

*/s/ Stephen J. Petrany*
Stephen J. Petrany

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION,<br><br>    *Plaintiffs*,<br><br> v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau<br><br>    *Defendants*. | Case No. 6:22-cv-00381-JCB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION BY THE STATES OF GEORGIA, ALABAMA, ARIZONA, ARKANSAS, IDAHO, INDIANA, LOUISIANA, MISSISSIPPI, OKLAHOMA, SOUTH CAROLINA, TENNESSEE, TEXAS, UTAH, AND WEST VIRGINIA FOR LEAVE TO FILE AMICI CURIAE BRIEF**

After considering the Unopposed Motion of *Amici* States of Georgia, Alabama, Arizona, Arkansas, Idaho, Indiana, Louisiana, Mississippi, Oklahoma, South Carolina, Tennessee, Texas, Utah, and West Virginia for leave to file an *amici curiae* brief, the Court hereby finds that there is good cause to grant the motion. Therefore, the Court **GRANTS** the States' Motion and deems the *amici curiae* brief attached to that motion filed as of the date *amici* filed the Motion.