IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> *Defendants.* | Case No. 6:22-cv-00381-JCB |

## [PROPOSED] ORDER

Upon Consideration of Defendants' Motion to Dismiss or, in the Alternative, for Partial Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment, and all related briefing, the Court hereby GRANTS Defendants' motion to dismiss.

It is SO ORDERED.