IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, et al, <br><br> *Defendants.* | Case No. 6:22-cv-00381 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE CALIFORNIA REINVESTMENT COALITION, NATIONAL COMMUNITY REINVESTMENT COALITION, NATIONAL ASSOCIATION FOR LATINO ASSET BUILDERS, CENTER FOR RESPONSIBLE LENDING, TEXAS APPLESEED, AND NATIONAL CONSUMER LAW CENTER**

This matter comes before the Court on unopposed motion for leave for the California Reinvestment Coalition, National Community Reinvestment Coalition, National Association for Latino Community Asset Builders, Center for Responsible Lending, Texas Appleseed, and National Consumer Law Center to file a brief of amici curiae. Having reviewed the motion and proposed brief, the Court exercises its discretion to GRANT the motion. The brief is deemed filed.

DATED this _____ day of _____, 2022.

_____
Hon. J. Campbell Barker
United States District Judge