**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2022, a true and accurate copy of the foregoing motion was electronically filed with the Court using the CM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

<u><i>/s/ Rachel L. Fried</i></u>

Date: December 23, 2022