# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION. <br> *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br> *Defendants*. | Case No. 6:22-cv-00381-JCB |

## ORDER DENYING DEFENDANTS' CROSS-MOTION
## FOR SUMMARY JUDGMENT AND MOTION TO DISMISS

This Court, having considered Defendants' cross-motion for summary judgment and motion to dismiss (Doc. 22), the submissions of Plaintiffs, and the evidence and pleadings of record, finds that Defendants' motions shall be **DENIED**.