## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA;
LONGVIEW CHAMBER OF COMMERCE;
AMERICAN BANKERS ASSOCIATION;
CONSUMER BANKERS ASSOCIATION;
INDEPENDENT BANKERS ASSOCIA-
TION OF TEXAS; TEXAS ASSOCIATION
OF BUSINESS; and TEXAS BANKERS AS-
SOCIATION.

*Plaintiffs,*

v.

Case No. 6:22-cv-00381-JCB

CONSUMER FINANCIAL PROTECTION
BUREAU; and ROHIT CHOPRA, in his offi-
cial capacity as Director of the Consumer Fi-
nancial Protection Bureau,

*Defendants.*

## NOTICE OF FILING OF JOINT APPENDIX OF ADMINISTRATIVE RECORD

Pursuant to this Court's November 14, 2022 Order (Doc. 16), Plaintiffs respectfully submit

the attached joint appendix, containing copies of the portions of the administrative record that the

parties cited or otherwise relied upon in any memorandum in support of or in opposition to the

cross-motions for summary judgment and Defendants' motion to dismiss in this action.

Respectfully submitted,

Dated: January 30, 2023

Jennifer B. Dickey*
Jordan L. Von Bokern*
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, D.C. 20062
(202) 463-5337
jdickey@uschamber.com
jvonbokern@uschamber.com

Thomas Pinder*
AMERICAN BANKERS ASSOCIATION
1120 Connecticut Ave. NW
Washington, D.C., 20036
(202) 663-5035
tpinder@aba.com

David Pommerehn*
CONSUMER BANKERS ASSOCIATION
1225 New York Avenue, N.W., Suite 1100
Washington, D.C., 20005
(202) 552-6368
dpommerehn@consumerbankers.com

 /s/ Cameron T. Norris

Bruce A. Smith
  SBN 18542800
WARD, SMITH & HILL PLLC
P. O. Box 1231
Longview, TX 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
bsmith@wsfirm.com

Cameron T. Norris*
Bryan K. Weir*
David L. Rosenthal*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
bryan@consovoymccarthy.com
david@consovoymccarthy.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I e-filed this document on January 30, 2023, which emailed everyone requiring service.

_/s/ Cameron T. Norris_