# Exhibit A

(ORDER LIST: 598 U.S.)

MONDAY, FEBRUARY 27, 2023

ORDERS IN PENDING CASES

21-1043    ABITRON AUSTRIA GMBH, ET AL. V. HETRONIC INTERNATIONAL, INC.

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae*, for divided argument, and for enlargement of time for oral argument is granted.

22-196    SAMIA, ADAM V. UNITED STATES

The motion of Law Professors for leave to file a brief as *amici curiae* out of time is granted.

CERTIORARI GRANTED

22-340    PULSIFER, MARK E. V. UNITED STATES

22-448    CFPB, ET AL. V. COM. FIN. SERVICES ASSN., ET AL.

The petitions for writs of certiorari are granted.

CERTIORARI DENIED

22-63     MARSHAL, ANTOIN D. V. TEXAS

22-338    R.J. REYNOLDS TOBACCO CO., ET AL V. CTY. OF LOS ANGELES, CA, ET AL.

22-353    MORGAN, DAVID M. V. ARIZONA, ET AL.

22-384    RANDEL, BRONWYN V. RABUN CTY. SCH. DIST.

22-410    CHAMA TROUTSTALKERS, LLC, ET AL. V. ADOBE WHITEWATER CLUB, ET AL.

22-586    BEEMER, KIMBERLY, ET AL. V. WHITMER, GOV. OF MI, ET AL.

22-587    ANDREWS, MAURICE V. DIST. ATT'Y MONTGOMERY, ET AL.

22-591    WATKINS, DONALD V., ET AL. V. MATRIX, LLC, ET AL.

22-613    SCHWARTZBERG, ROBERT S. V. FLORIDA

22-621    MATARESE, LINDA V. VIRGINIA HOSPITAL CENTER, ET AL.

22-645    BLANCA TELEPHONE CO. V. FCC, ET AL.