UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00381

**Chamber of Commerce of the United States of America et al.,**
*Plaintiffs,*

v.

**Consumer Financial Protection Bureau et al.,**
*Defendants.*

### ORDER

On February 27, 2023, the Supreme Court granted certiorari in *CFPB v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, No. 22-448.

In the above-captioned case, plaintiffs request that proceedings continue in this court. Doc. 32. Because any potential ruling by the Supreme Court could impact this case, the court orders defendants to respond to plaintiffs' position by March 7, 2023.

*So ordered by the court on February 28, 2023.*

J. CAMPBELL BARKER
United States District Judge