**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION.<br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>*Defendants*. | Case No. 6:22-cv-00381-JCB |

**ORDER GRANTING PLAINTIFFS' MOTION FOR A STATUS CONFERENCE**

This Court, having considered Plaintiffs' motion for a status conference and for good cause appearing, **GRANTS** Plaintiff's motion.

**IT IS ORDERED** a status conference in this case is set for _____ \_\_, 2023 at \_\_:\_\_ a.m./p.m. The parties may appear telephonically or via video for this hearing.

1