IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> *Defendants*. | Case No. 6:22-cv-00381-JCB |

### [PROPOSED] ORDER

Upon Consideration of Plaintiffs' Motion for a Status Conference, ECF No. 35, Defendants' response, ECF No. 36, and all related briefing, the Court hereby DENIES Plaintiffs' Motion.

It is SO ORDERED.