# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION. *Plaintiffs*, v. CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, *Defendants*. | Case No. 6:22-cv-00381-JCB |

## CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION FOR BILL OF COSTS

Plaintiffs respectfully request a four-week extension, until October 20, 2023, to file a Motion for Bill of Costs. Plaintiffs' current deadline to file their Motion for Bill of Costs is Friday, September 22, 2023. *See* Fed. R. Civ. Pro. 54(d)(1) (motion for costs is due 14 days following entry of judgment). Plaintiffs have sent their requested costs to Defendants, and the Parties agree that additional time will allow the Parties to continue to confer in hopes of avoiding litigation over costs. Accordingly, Plaintiffs respectfully request the Court extend Plaintiffs' deadline to file their Motion for Bill of Costs to October 20, 2023. Defendants consent to the relief requested herein.

|  |  |
|---|---|
| Dated: September 21, 2023 | Respectfully submitted,<br><br>_/s/ Cameron T. Norris_ |
| Jennifer B. Dickey*<br>Jordan L. Von Bokern*<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, NW<br>Washington, D.C. 20062<br>(202) 463-5337<br>jdickey@uschamber.com<br>jvonbokern@uschamber.com | Bruce A. Smith<br>  SBN 18542800<br>WARD, SMITH & HILL PLLC<br>P. O. Box 1231<br>Longview, TX 75606-1231<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>bsmith@wsfirm.com |
| Thomas Pinder*<br>AMERICAN BANKERS ASSOCIATION<br>1120 Connecticut Ave. NW<br>Washington, D.C., 20036<br>(202) 663-5035<br>tpinder@aba.com | Cameron T. Norris*<br>Bryan K. Weir*<br>David L. Rosenthal*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>bryan@consovoymccarthy.com<br>david@consovoymccarthy.com |
| David Pommerehn*<br>CONSUMER BANKERS ASSOCIATION<br>1225 New York Avenue, N.W., Suite 1100<br>Washington, D.C., 20005<br>(202) 552-6368<br>dpommerehn@consumerbankers.com | *Admitted _pro hac vice_ |

_Attorneys for Plaintiffs_

## CERTIFICATE OF CONFERENCE

Counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and Defendants consent to the relief requested herein.

_/s/ Cameron T. Norris_

## CERTIFICATE OF SERVICE

I e-filed this document on September 21, 2023, which emailed everyone requiring service.

_/s/ Cameron T. Norris_