**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION. <br> *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br> *Defendants*. | Case No. 6:22-cv-00381-JCB |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
FOR PLAINTIFFS TO FILE MOTION FOR BILL OF COSTS**

This Court, having considered the Consent Motion for Extension of Time for Plaintiffs to File Motion for Bill of Costs, and for good cause appearing, **GRANTS** the motion.

**IT IS ORDERED** that Plaintiffs' deadline to file its Motion for Bill of Costs is extended to October 20, 2023.

1