UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00381

**Chamber of Commerce of the United States of America et al.,**
*Plaintiffs,*
v.
**Consumer Financial Protection Bureau et al.,**
*Defendants.*

**ORDER**

Before the court is a motion to extend the deadline for plaintiffs to file a motion for bill of costs. Doc. 43. Plaintiffs seek a four-week extension of the current deadline. Defendants consent to this relief. The motion is granted. Plaintiffs' new deadline to file a motion for bill of costs is October 20, 2023.

*So ordered by the court on September 26, 2023.*

J. Campbell Barker
United States District Judge