# Exhibit B

**Alecia Kiser**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, September 28, 2022 8:15 AM |
| **To:** | Alecia Kiser |
| **Subject:** | Pay.gov Payment Confirmation: TEXAS EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: TXED Finance Dept at 903-590-1040.

Account Number: 7018093
Court: TEXAS EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ATXEDC-9151462
Approval Code: 027684
Card Number: ************5366
Date/Time: 09/28/2022 09:14:30 ET

Attorney Completing Transaction: Bruce Smith
Attorney Name: Bruce Smith
Attorney Phone Number: 9037576400

NOTE: This is an automated message. Please do not reply