# Exhibit C

| | COLOR COPIER TOTALS | BAS | 9-23-2022 |
|---|---|---|---|
| FILE # | TOTAL PRINTS | COLOR SCAN | BLACK SCAN |
| | | | |
| ■ | | | |
| | | | ■ |
| | | | |
| | ■ | | |
| | | | |
| | | | ■ |
| | ■ | | |
| | | ■ | |
| | ■ | | |
| ■ | ■ | ■ | ■ |
| | | | ■ |
| | ■ | | |
| 22130 | 79 | | |

| | COLOR COPIER TOTALS | BAS | 11-23-2022 |
|---|---|---|---|
| FILE # | TOTAL PRINTS | COLOR SCAN | BLACK SCAN |
| | | | |
| 18103 | 13 | 4 | 5 |
| ■ | ■ | | |
| ■ | ■ | ■ | ■ |
| ■ | | ■ | |
| ■ | | | |
| ■ | ■ | ■ | ■ |
| 22130 | 34 | | |
| ■ | ■ | | |

|  | BLACK & WHITE COPIER TOTALS | BAS | 12-22-2022 |
|---|---|---|---|
| FILE # | TOTAL PRINTS | COLOR SCAN | BLACK & WHITE SCAN |
| ▮ | ▮ | ▮ | ▮ |
| ▮ |  |  |  |
| ▮ |  |  |  |
| ▮ |  |  |  |
| ▮ | ▮ | ▮ | ▮ |
| 22130 | 44 |  |  |
| ▮ | ▮ |  |  |

| | BLACK & WHITE COPIER TOTALS | BAS | 1-25-2023 |
|---|---|---|---|
| FILE # | TOTAL PRINTS | COLOR SCAN | BLACK & WHITE SCAN |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | |
| ▮ | | | ▮ |
| ▮ | ▮ | | |
| ▮ | | | |
| 22130 | 95 | | |

|  | COLOR COPIER TOTALS | BAS | 2-24-2023 |
|---|---|---|---|
| FILE # | TOTAL PRINTS | COLOR SCAN | BLACK SCAN |
| 22130 | 1,203 |  |  |