**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS ASSOCIATION OF BUSINESS; and TEXAS BANKERS ASSOCIATION. *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, *Defendants*. | Case No. 6:22-cv-00381-JCB |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF THEIR BILL OF COSTS**

This Court, having considered Plaintiffs' Unopposed Motion for Entry of Their Bill of Costs, and for good cause appearing, **GRANTS** the motion.

**IT IS ORDERED** awarding Plaintiffs $547.50 in costs, and directing the Clerk of Court to enter the Bill of Costs attached as Exhibit A to Plaintiffs' motion.