UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00381

**Chamber of Commerce of the United States of America et al.**,
*Plaintiffs*,

v.

**Consumer Financial Protection Bureau et al.**,
*Defendants.*

## ORDER

Before the court is plaintiffs' unopposed motion for entry of their bill of costs. Doc. 45. Costs are to be awarded to the prevailing party as a matter of course unless the court directs otherwise. Fed. R. Civ. P. 54(d); *see* 28 U.S.C. § 2412(a)(1) (allowing costs to be taxed against the United States unless a statute provides otherwise). However, the costs taxable by the court are limited to those enumerated in 28 U.S.C. § 1920. *See Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 445 (1987).

Plaintiffs seek to recover $402 in "fees of the Clerk" and $145.50 in "printing and copying costs." Doc. 45 at 2. "Fees of the clerk" and "[f]ees and disbursements for printing" are taxable costs. 28 U.S.C. § 1920. Accordingly, plaintiffs' unopposed motion is granted. The clerk of court is directed enter the bill of costs attached to plaintiffs' motion as ECF document 45-1, taxing costs in the amount of $547.50 in favor of plaintiffs and against defendants.

*So ordered by the court on November 6, 2023.*

J. CAMPBELL BARKER
United States District Judge